MICAH R. JACOBS (State Bar No. 174630)
mjacobs@jacobslawsf.com
JACOBS LAW GROUP SF
388 Market St., Suite 1300
San Francisco, California 94111
Telephone: 415-445-4696
Facsimile: 415-445-4697

Attorneys for Defendants
BHUPINDARPAL SINGH and GURBIR K. SINGH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LSREFS APEX2, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BHUPINDARPAL SINGH, an individual; and GURBIR K. SINGH, an individual,<br><br>　　　　Defendants. | Case No. 2:14-CV-00161-MCE-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

WHEREAS, the last day for Defendants to respond to the Complaint in this matter is April 18, 2014 by previous stipulation; and

WHEREAS, the parties are working toward an agreement that they hope will resolve this case entirely, and

WHEREAS, the parties need additional time to finalize their negotiations and draft a final settlement document,

///

///

///

1    THEREFORE, the parties by and through their respective counsel of record, have agreed to extend Defendants' time to respond to the Complaint for an additional three weeks, until May 9, 2014, at which point the case will either be dismissed entirely or Defendants will file their responsive pleadings.

**IT IS SO STIPULATED:**

Date:  April 17, 2014                    JACOBS LAW GROUP SF

                                         By:      /s/  Micah R. Jacobs
                                            MICAH R. JACOBS
                                            Attorneys for Defendants
                                            Bhupindarpal Singh and Gurbir K. Singh

Date:  April 17, 2014                    O'CONNOR COCHRAN LLP

                                         By:      /s/  James S. Cochran
                                                  *(as authorized on 4/17/14)*
                                            JAMES S. COCHRAN
                                            Attorneys for Plaintiff

Date:  April 17, 2014                    LAW OFFICES OF RUSSELL G. PETTI

                                         By:      /s/  Russell G. Petti
                                                  *(as authorized on 4/17/14)*
                                            RUSSELL G. PETTI
                                            Attorneys for Plaintiff

**ORDER**

The above Stipulation is so ordered.  The last day for Defendants to respond to the Complaint herein is hereby extended for an additional three weeks, until May 9, 2014.

IT IS SO ORDERED.

Dated:  April 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT