1  O'CONNOR COCHRAN LLP
   James S. Cochran (State Bar No. 147607)
2  jcochran@oconnorcochran.com
   515 South Flower Street, 36th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 236-3624
4  Facsimile: (213) 236-3501

5  LAW OFFICES OF RUSSELL G. PETTI
   Russell G. Petti (State Bar No. 137160)
6  rpetti@petti-legal.com
   466 Foothill Boulevard, # 389
7  La Cañada Flintridge, CA 91011
   Telephone: (818) 952-2168
8  Facsimile: (818) 952-2186

9
   Attorneys for Plaintiff and Counter-Defendant LSREF2 APEX 2, LLC
10 And Counter-Defendant HUDSON AMERICAS LLC

11
                    **UNITED STATES DISTRICT COURT**
12                  **EASTERN DISTRICT OF CALIFORNIA**
                         **SACRAMENTO DIVISION**
13

14
   LSREF2 APEX 2, LLC, a Delaware limited   )  Case No. 2:14-CV-00161-MCE-AC
15 liability company,                       )
                                            )  **STIPULATION TO DISMISS ENTIRE**
16           Plaintiff,                     )  **ACTION WITH PREJUDICE**
                                            )
17      vs.                                 )
                                            )
18 BHUPINDARPAL SINGH, an individual;       )
   and GURBIR K. SINGH, an individual,      )
19                                          )
             Defendants.                    )
20                                          )
                                            )
21 _____      )
                                            )
22 BHUPINDARPAL SINGH, an individual;       )
   and GURBIR K. SINGH, an individual,      )
23                                          )
             Counter-Claimants,             )
                                            )
24      vs.                                 )
                                            )
25 LSREF2 APEX 2, LLC, a Delaware limited   )
   liability company, and HUDSON            )
26 AMERICAS LLC, a Texas limited liability  )
   company,                                 )
27                                          )
             Counter-Defendants.            )
28 _____      )

                                    1
             STIPULATION FOR DISMISSAL AND ORDER

Plaintiff and Counter-Defendant LSREF2 Apex 2, LLC, a Delaware limited liability company, Defendants and Counter-Claimants Bhupindarphal Singh and Gurbir K. Singh and Counter-Defendant Hudson Americas LLC, a Delaware limited liability company (erroneously sued herein as a Texas limited liability company), through their respective counsel of record, hereby Stipulate that this action be dismissed in its entirety with prejudice, with each party to bear his, her or its own attorneys' fees and costs.

**It is So Stipulated**

Date: October 2, 2014                                   Date: October 2, 2014

O'CONNOR COCHRAN LLP                JACOBS LAW GROUP SF
James S. Cochran                                 Micah R. Jacobs

LAW OFFICES OF RUSSELL G. PETTI
Russell G. Petti

By: __/s/ Russell G. Petti__                      By: __/s/ Micah R. Jacobs__
     Russell G. Petti                                       Micah R. Jacobs
     Attorneys for LSREF2 Apex 2, LLC, a          Attorneys for Bhupindarpal Singh and
     Delaware limited liability company,              Gurbir K. Singh
     and HUDSON AMERICAS LLC, a
     Delaware limited liability company

**ORDER**

BASED ON THE STIPULATION OF THE PARTIES and for Good Cause shown, the above-captioned lawsuit is hereby dismissed with prejudice, with each party to bear his, her or its own costs and fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT